IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA C. LANGSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1720 |
| | § | |
| J. KENT ADAMS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

This case was filed on February 13, 2007 and transferred to this court from the Eastern District of Texas in May 2007. The plaintiff was mailed a copy of an order from this court. The order was returned as undeliverable. The order was sent to the address provided by the plaintiff, who is appearing *pro se*. A litigant has the obligation to provide an accurate address to the court. Because the address provided by the plaintiff is apparently no longer valid, this case is dismissed, without prejudice.

SIGNED on August 13, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge